# Order

Michigan Supreme Court
Lansing, Michigan

June 8, 2007

133967-8

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE LILYAN MARIE WESTRATE and
LOGAN BENJAMIN WESTRATE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

                                       SC: 133967-8
                                       COA: 272622-272624
                                       Oakland CC
                                       Family Division: 04-690706-NA

LINDSAY DANIELS,
      Respondent-Appellant,

and

BENJAMIN WESTRATE,
      Respondent.

_____/

      On order of the Court, the application for leave to appeal the May 10, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007                                              _____

s0605                                                      Clerk